argument denied. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

■ NATIONAL FUEL GAS DISTRIBUTION CORPORATION, Respondent-Appellant, v HARTFORD FIRE INSURANCE COMPANY, Appellant-Respondent, et al., Defendants. (Appeal No. 1.) [817 NYS2d 573]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

■ DIMITRIOS JIM RESSIS, Appellant, v PALOMA A. CAPANNA, ESQ., et al., Respondents. [817 NYS2d 572]—Motion for leave to appeal to the Court of Appeals denied with $100 costs to defendant Paloma A. Capanna, Esq. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

■ DIMITRIOS JIM RESSIS, Appellant, v PALOMA A. CAPANNA, ESQ., et al., Respondents. [817 NYS2d 570]—Motion for reargument denied with $100 costs to defendant Paloma A. Capanna, Esq. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

■ ROSEMARY GAVIGAN BIS, Appellant, v CITY OF BUFFALO et al., Respondents. [817 NYS2d 573]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS AYALA, Also Known as JORGE DIAZ, Appellant. [817 NYS2d 569]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Russell P. Buscaglia, J.—Robbery, 1st Degree). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY S. CLEVELAND, Appellant. [817 NYS2d 571]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Orleans County Court, James P. Punch, J.—Violation of Probation). Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM I. CROSBY, Appellant. [817 NYS2d 570]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Shirley Trout-